Payne (R).

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER
THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER
IN FILING A BIVENS CLAIM.

FILED

DEC 15 2008

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES DISTRICT COURT

NO. _____
(leave this space blank)

3:08CV820

_KIRK LEE LONEY_

_PRO SÉ LITIGANT_
(enter full names of each plaintiff(s))

v.

Inmate Number _#33668-183_

_ALL DEFENDANTS LISTED_
_ON THE FOLLOWING_
_SHEETS  WITH ADDRESSES_
_BECAUSE THEY ARE MANY_
(enter full names of each defendant(s))

PURSUIT UNDER BIVENS
TITLE 28 U.S.C. §1331 "
CORPORATE ENTITY

CONTINUOUS INJURY!

I.   HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE
     SAME FACTS INVOLVED IN THIS ACTION?   YES (✓) NO ( )

     If your answer is YES, describe the former lawsuit in the space provided below:

     I filed a Federal Tort about inhumane treatment
     I have experienced F.C.C. PETERSBURG MEDIUM
     When I was thrown in the S.H.U. without a charge or
     paperwork for no reason other than retaliation.

II.  DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE
     INMATE GRIEVANCE PROCEDURE?   YES (✓) NO ( )

RECEIVED

DEC 10 2008

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

     If your answer is YES:   I filed the Tort while a preexisting situation was
                              going on before I filed the Tort about an accident.

     1. What steps did you take?   I filed a BP-8 through a B-11.

     2. What was the result?  (Attach copies of grievances or other supporting documentation.)

     I have enclosed copies of BP-8 through the BP-11.
     Central never sent my BP-11 Form to me. They sent the
     BP-11 Response. I'm still waiting on responces to the
     Administrative Remedy Procedure from the Central
     Office concerning the Federal Tort. The 3 responces
     are late. Though I'm Proceeding Pro Sé I would like to
     request an attorney because the task is so great or huge.

REVISED DATE: 10/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have

_____ administrative remedies relating to this complaint at this time.

I have exhausted by administrative remedies relating to this complaint and have attached
✓ copies of grievances demonstrating completions. *Central office have yet
to send me my BP-11 form. But they sent me BP-11 responce
III. PARTIES: which is included.*
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff : *Kirk L. Loney*

Name of Present Confinement *F.C.C. Petersburg Medium*

Address of Present Confinement *P.O. Box 90043
Petersburg, Va. 23804*

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant *SEE DEFENDANT SHEETS ENCLOSED*

Position *ROMAN NUMBER I-VI and THEIR ADDRESSES*

Employed at *AND WHICH CAPACITY.*

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

C. Defendant _____

Position _____

Employed at _____

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

REVISED DATE: 10/2001

D.   Defendant   _____

Position   _____

Employed at   _____

Address   _____

Capacity in which being sued:  Individual ( )  Official ( )  Both ( )

E.   Defendant   _____

Position   _____

Employed at   _____

Address   _____

Capacity in which being sued:  Individual ( )  Official ( )  Both ( )

F.   Defendant   _____

Position   _____

Employed at   _____

Address   _____

Capacity in which being sued:  Individual ( )  Official ( )  Both ( )

IV.   STATEMENT OF CLAIM

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

*SEE ENCLOSED SHEETS NUMBERED 1-11 TALKING ABOUT THE CONTINOUS INJURIES AND CAMPAIGN OF HARASSMENT AND HUMILIATION,*

_____

_____

_____

_____

_____

_____

_____

_____

V.   RELIEF SOUGHT BY PRISONER

State briefly exactly what you want the Court to do for you. MAKE NO LEGAL ARGUMENTS. DO
NOT CITE CASES OR STATUTES.

Prayer for relief:
Wherefore, I Kirk Loney respectfully pray that this
court enter judgement granting plaintiff: This is
a declaration that the acts and omissions described
herein violated my rights under the Constitution and
laws of the United States, I want to place a preliminary and
permanent injunction against F.C.C. Petersburg's staff
to stop harassing me, humiliating me, and denying me my medical

I want compensatory damages in the amount of $50,000,000 placed against each defendant jointly.

evil and shocking comments to me. I would like to have another doctor working with me. I already wrote one letter from the S.H.U. asking for protection. I want my Unit team to do their job and stop acting like they doing me a favor when I ask for remedy forms, stamps and copies for my legal work. They made it hard on me this week. I want punitive damages against each defendant in this suit for $100,000 against each defendant.

Signed this 5th day of December 2008.

_____
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

12-5-08
Date

_____
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

I want this campaign and pattern of wrongmindedness and evil handedness to stop.

May God Keep Blessing AMERICA!

# BIVENS CLAIM

## UNITED STATES DISTRICT COURT

## NO. _____

### KIRK LEE LONEY #33668-183  (PLAINTIFFS)

V.

### CITY OF RICHMOND VIRGINIA:  (DEFENDANTS)
1. MAYOR DOUGLASS L. WILDER  (RESPONDEAT SUPERIOR)

ADDRESS: CITY HALL
900 E. BROAD STREET, ROOM 201
RICHMOND, VIRGINIA 23219

AND

2. EX-RICHMOND POLICE CHIEF RODNEY MONROE
(RESPONDEAT SUPERIOR)

ADDRESS: CHIEF OF POLICE RODNEY MONROE
825 E. FOURTH STREET
CHARLOTTE, NORTH CAROLINA 28202

SUED IN BOTH OFFICIAL AND INDIVIDUAL CAPACITY
BOTH MAYOR AND CHIEF


RECEIVED
DEC 10 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

II.

# BIVENS CLAIM

## UNITED STATES DISTRICT COURT

### NO. _____

## KIRK LEE LONEY #33668-183 (PLAINTIFF)

### V.

RICHMOND POLICE DEPT. : (DEFENDANTS)
CITY OF RICHMOND, VIRGINIA

1. OFFICER MARK SIMS
2. OFFICER M.A. HARRISON  BADGE #1925
3. OFFICER C.L. MARTIN
4. CAPTAIN HERMAN LONEY
5. INCLUDING ALL UNKNOWN OFFICERS (FED. STATE AND CITY)

ADDRESS: RICHMOND POLICE DEPARTMENT
200 WEST GRACE STREET
RICHMOND, VIRGINIA 23220

SUED IN BOTH INDIVIDUAL AND OFFICIAL CAPACITY
EXCEPT FOR NUMBER 5 IS UNDECIDED.

6. CAPTAIN DREW
7. OFFICER HIXSON
8. UNKNOWN OFFICERS

{ No. 6, 7, and 8 deals with an
illegal search and seizure from
2002 that severely prejudiced
me in 2007. Above address also }

III.

*BIVENS CLAIM*

UNITED STATES DISTRICT COURT

NO. _____

KIRK LEE LONEY #33668-183 (PLAITIFF)

V.

VIRGINIA STATE POLICE: (DEFENDANTS)
1. TROOPER GEORGE
2. TROOPER GEORGE'S SUPERVISOR
3. AND ALL UNKNOWN POLICE AND AGENTS

ADDRESS: VIRGINIA STATE POLICE
           POST OFFICE BOX 27472
           RICHMOND, VIRGINIA 23261-7472

AND

{ SUED IN:     CAPACITY
  BOTH INDIVIDUAL AND
  OFFICIAL CAPACITY }
  ABOVE AND BELOW

V.C.U. HEALTH CARE SYSTEMS : (DEFENDANTS)
1. All UNKNOWN E.R. STAFF AND HOSPITAL STAFF
   AND SHERIFF'S DEPUTIES WHO WERE INVOLVED
   WITH THE INCIDENT of DECEMBER 8th, 2006
   TO DECEMBER 12th, 2006.

ADDRESS: V.C.U. HEALTH CARE SYSTEMS
          M.C.V. PHYSICIANS
          ATTN: MEDICAL RECORDS
          1250 EAST MARSHALL STREET
          RICHMOND, VIRGINIA 23298

{ SHERIFF'S
  DEPUTIES
  Sued both
  CAPACITIES
  INDIVIDUAL
  AND OFFICIAL }

IX.

# BIVENS CLAIM

## UNITED STATES DISTRICT COURT

NO. _____

### KIRK LEE LONEY #33668-183 (PLAINTIFF)

V.

RICHMOND CITY JAIL (V.A.): (DEFENDANTS)

1. SHERIFF C.T. WOODY
2. KERNELLE WILLIAM BURNETTE
3. (UNKNOWN) CAPTAIN OF MEDICAL
4. (UNKNOWN) CAPTAIN OF JAIL HOUSE OPERATIONS
5. (UNKNOWN) CAPTAIN OF RECORDS DEPARTMENT
6. ALL UNKNOWN MEDICAL STAFF
7. ALL UNKNOWN DEPUTIES WORKING A-2 LEFT
   (AND DEPUTIES WHO WORKED MY HOSPITAL STAY)

SUED IN BOTH INDIVIDUAL AND OFFICIAL
CAPACITY AND RESPONDEAT SUPERIOR WHERE APPLICABLE.

ADDRESS: RICHMOND CITY JAIL
         1701 FAIRFIELD WAY
         RICHMOND, VIRGINIA 23223

V.

# BIVENS CLAIM

## UNITED STATES DISTRICT COURT

### NO. _____

KIRKLEELONEY  #33668-183   (PLAINTIFF)

V.

NORTHERN NECK REGIONAL JAIL:   (DEFENDANTS)
1. SUPERINTENDANT  JEFFREY FRAZIER
2. CAPTAIN SUDDUTH
3. UNKNOWN NURSING STAFF AND DOCTORS
4. UNKNOWN CORRECTIONAL OFFICERS
5. CAPTAIN HICKEY  AND GRIEVANCE COORDINATOR MS. FREDERICK

ADDRESS: NORTHERN NECK REGIONAL JAIL
        P.O. BOX 1060
        WARSAW, VIRGINIA 22572

SUED IN ~~BOTH~~ INDIVIDUAL ~~AND OFFICIAL~~ CAPACITY
AND SUPERIOR RESPONDEAT WHERE APPLICABLE

6. ALSO, THE ALCOHOL TOBACCO AND FIREARM AGENTS (2 of them)
WHO BROUGHT ME INTO FEDERAL CUSTODY JUNE 4th, 2007
UNKNOWN (THEIR INDIVIDUAL CAPACITY)

VI.

# BIVENS CLAIM

## UNITED STATES DISTRICT COURT

### NO. _____

### KIRK LEE LONEY #33668-183 (PLAINTIFF)

### V.

FEDERAL CORRECTIONAL COMPLEX
PETERSBURG MEDIUM: (DEFENDANTS)
1. WARDEN PATRICIA R. STANSBERRY
2. CAPTAIN EVANS
3. DR. TUSHAR C. SHAH
4. DR. BENJAMIN RICE
5. P.A. ALEJANDRO HADDED
6. P.A. YERGA
7. DR. PUGH
8. ASSOCIATE WARDEN ENGEL
9. COUNSELOR CUFFEE
10. CASE MANAGER BROWN
11. UNIT MANAGER KIDDY
12. DR. NAGAL

ADDRESS: FEDERAL CORRECTIONAL COMPLEX
POST OFFICE BOX 90042
PETERSBURG, VIRGINIA 23804

SUED IN:
All ABOVE, ~~BOTH~~ INDIVIDUAL ~~AND OFFICIAL~~ CAPACITY.

## BIVENS'S STATEMENT OF CLAIM
## UNDER CORPORATE ENTITY

There extreme levels of 'OVERBOARD' and inhumane treatment, because of unpopular political views I said in the news media against the system; behind my nephew MARCO LONEY being unlawfully shot in the back (1995); not because of a crime; after years of retaliation, such as reducing to "beggardry" which led up to the following situations.

**R.P.D. 2002**

I. I am the victim of an illegal search and seizure from 2002 July the 5th based off of an Invalid Search Warrant. Captain Drew and Officer Hixson with other officers pushed their way into an apartment and used coercive tactics to gain control of the premises. This misconduct came back to hunt me in 2006 which was based off of false pretenses. I legally defeated this case in 2002 on a nolle proseji.

**R.P.D. 2006**

II. In 2006 December the 8th I am the victim of an "Illegal Terry Stop. I didn't know who the police were. A dark color car got in aggressively behind me, I heard a gun shot, so I took off because I didn't know what to think of this car driving behind me like it was doing. I had an accident, and was severely beaten by the police before I was handcuffed and after I was handcuffed; and at the emergency room I was beat some more while floating in and out of consciousness after being administered several rounds of smelling sauce to be questioned after being in a major accident which proved to be too much for my heart and had to be rushed into an intensive care unit once a doctor walked up and screamed on the medical staff and police about why haven't this man been placed on high alert. I said thank God!, and starred shipping away as the sounds of the machine monitoring my heart started beaten

Judge Cheeks said I could call my attorney and I
was denied at court by Lt. Jeffries of Sheriff Dept.

faster. The very same doctor whoever he was screamed into
my subconscious "Don't you do that!!!" And that's the last thing
I could recall after that wild night, besides the fact of the
officer asking me who was driving the car and then tearing
my gold tooth out of my gums and leaving it hanging by a
thread. One of the Sheriff's deputies told his mother over the
hospital phone he wouldn't piss on me to put out the flames if
I was on fire in a hospital room right after I was released from
the Intensive Care Unit. The nurse had to loosen leg irons; which
were being used as weapons that cut me to the bone; 3 days later.
I have a permanent mark as a result of this sadistic behavior.
(She asked the Sheriff's deputy rather which was a different (to loosen the leg irons)
one from the one used the verbal abuse.) The State Trooper's
Supervisor came to visit me and took pictures of my body. Captain of
Jailhouse Operations and the Captain of Records Dept. of the Richmond
Sheriff's Office came to interrogate me together. I asked on
numerous occasions throughout my stay; "can I contact my
family or call me a lawyer," at the hospital. (While I was in the
hospital being denied writing material, phone calls and a visit from my later
on Co-Defendant, the police were constructing a plan to shield
their self from prosecution with tainted evidence, lies, and
witness tampering. If the paramedics hadn't responded to the
accident I would be either dead or at the Richmond City Jail in
critical condition awaiting death, because nobody knew where I was
at.) I was released from the hospital too early to be prosecuted on
trumped up charges; my body was still messed up. The Sheriff's
Office promised me proper medical care in a cozy environment

I was stripped of tooth paste for about a month and this rotted my mouth causing the loose tooth to come out. I could have bought tooth paste, jail officials were cruel, and all the phone calls I wanted, which was a lie. (Richmond City Jail. On my way from the hospital the deputy slammed on brakes and caused me to fly in the air and slam into the partition going down a steep hill and he never filed an incident report about it (him not the other officer). I was put in a 9 foot by 4 foot cell (solitary confinement) for 6 months at the Richmond City Jail. (and 1 month at Northern Neck Regional Jail)

R.C.J.   III.
2006-2007

The Richmond City Jail denied me: commissary, grievances, recreation, medication, phone pin number (had to use other inmates pin # because the phone man deactived mine's right after he cut it on), a no-meat tray (I'm vegetarian and this malnutritioned me), more than one visitor on my list, law library (until I got indicted on federal charges April 18th, 2007 which didn't get served on me until June 4th, 2007), underwear (including socks and T-shirts), and therapy for my physical health. I was exposed to unsanitary conditions such as urinated, feces and bloody floors (and what appeared to be tampons or sanitary napkins) from the daily flooding of cells on occasions (sometimes everyday, 3 or 4 times a day which this water would set for hours sometimes all night long or wee hours of the morning. I was also sent to court during the outbreak of Nora Virus (because of a deadline in my case) and a quarantine was declared right thereafter and a freeze put instantly on all court proceedings. I was exposed to 6° and 7° degree temperatures of biting cold by cruel deputies who would open the windows to keep me from studying and writing on any thing I could salvage from other inmates with a small pencil I had to hide until an inmate gave me a pen while going to court. (All of this material

was later confiscated from me by the A.T.F. and I haven't seen it sense. It was later turned over to my attornies in whom to refuse to give me my legal material or mail it to where I told them to mail it; simply because they have implemented themselves due to their own callousness, reckless, and wanton behavior.) I had to eat bread and water during Nora Virus because we were bag lunches with meat sandwiches. Sometimes they would give us a cheese sandwich and a meat sandwich with a cake and bag of chips. But it was nothing for them to give me just a meat sandwich and water to see me suffer and laugh and say I have what everyone else has. The Richmond City Jail literally starved me to the point of malnutrition. I was denied medical treatment and follow up care with M.C.V. for my clinicals. I was stripped of handicapaids (wheelchair) and forced to drag the walls and floor falling down while going to court which caused me further injury, pain and misery. On occasion they would give me a urinated wheelchair to go to attorney visits (my attorney's legal assistant smelled the odor from this chair and had no complaints of it when I fussed to him about it. Dontae Bugg (legal assistant) said I had bigger problems to worry about. My attornies were aware of all this). I had constant head, back, neck, chest pains, that continue to bother me until this very day; plus loss of feeling on the left side of my body. I experienced mail tampering from the Richmond City Jail all the way til this very day. I was ignored by deputies at the Richmond City Jail for the first couple of months when I would complain about pain or civil violations; the cold windows

would fly open with windchill factors below zero all night long;again say. They had me falling down stairs and would simply put me to bed and not report it. The only time something got reported was when they were ignoring me one morning right after I got out of the hospital and didn't have any medications for my pain; and was being dragged to court all week. I lost feeling on the left side of my body and started having bad muscle spasms and couldn't move. I layed there for hours until it got on one lady sheriff deputies nerves and she made an alert over the entire jail, in which they told her they have to keep things like that on low. But she panicked and they had to take me to M.C.V. because everyone was aware throughout the jail. They were keeping a tight lid on my situation. This was a very distressful situation. Someone committed suicide right next to me because of the level of mistreatment that was going on in this particular building and tier. I couldn't take a <u>shower</u> for 4 months because I was forced to wear a neckbrace for 7 months; and I couldn't risk getting sick with the windows during the cold weather. I was under strict orders not to remove my neckbrace for no one until I went back to M.C.V. for clinicals. "Do I make myself clear!" is what the doctor said, "Don't remove it for anybody, I don't care who they are; not even to take showers," the doctor said when I was being released from the hospital. I was the only one with a medical situation and no disciplinary infractions confined on this deplorable tier

for 6 months on a 24 hr. a Keeplock without exercise. They (R.C.J.) started giving me recreation 4 months later along with commissary and law library. (It's all in my notes that my attorney Murray J. Janus has with dates, times, and names.) The rest of the medical tier were moved to A-3 Left (a tier with a color T.V. and cable, radio, open cells for exercise and plenty of medical treatment with the nurses and staff spoiling them with candies). People with medical problems would be moved to A-3 Left as soon as a bed came available, but not me because staff had a sadistic animus for me. For instance, my picture was posted up all over the jail with a "busted!" sign on it (the first ever). I was interrogated at the Richmond City Jail, Richmond City Lock-up and the Hospital and I kept asking for a phone call to my attorney. The A.T.F. Agents who confiscated my legal material and property said he would snap wrist like a twig with his "special handcuffs" that is not regular handcuffs and designed to do that if I make any funny movements while taking possession of my property and legal material; and I told him he can't take my legal material. My legal material talks or consist of issues like me not being able to be present at my own bond hearing on January 11th, 2007 and how I became a victim of selective and vindictive prosecution because my attornies didn't make me aware of or give me my discovery material until almost a month after my preliminary hearing which defeated the purpose. And how I was forced to sign a plea agreement with the Federal Government

after I turned down an unwritten offer of being charged with a Knife (misdemeanor) and eluding the police (felony), because I knew these proceedings were full of misconduct and couldn't be trusted. They wanted me to say the drugs were wherever they wanted them to be including the drugs that they added. So as a result I was duped into signing a plea agreement with a threat of life imprisonment written all over it with the Feds even though my Co-Defendant Simone Sapp was charged with Conspiracy to sell cocain and I was charged with possession with intent to distribute,

**N.N.R.J.  IV.**
**2007-2008**
**6-4-07**
**to**
**2-19-08**

I entered Northern Neck Regional Jail's medical solitary confinement on June 4th, 2007 after leaving court with no attorney present that day. I was denied pain medication for about 10 months until after sentencing and Judge Payne recommended meds after ~~sentencing~~ I expressed pain. I was denied my medical records at Richmond City Jail and Northern Neck Regional Jail (which I went through the grievance procedure at N.N.R.J. I'm currently working on getting this paperwork,) I slipped in the shower at N.N.R.J. because the handicap shower was never mentioned and it is off limits due to flooding and this reinjured me again with worse problems like my ribs felt broken for months. I kept complaining and the Marshall's came to pick me up to get X-Rayed several days later. Later on at N.N.R.J. a nurse slammed the ~~stell~~ steel pill tray slot door on my fingers after giving her the cup back for water for my medications; purposely hurting me. Saying, "I tell people to keep their hands out of my pill slot with a nasty attitude.

My mail was tampered with at N.N.R.J. too.
As said before, I was entrapped into signing a plea
agreement, after being threatened with life imprisonment
based off of a defective indictment loaded with
threats of double jeopardy and quadruple jeopardy
if you include the enhancements. I was duped into
signing the plea through a highly skilled brainwashing
scheme of subornation of perjury.

V. My hometown Danville, Virginia is even partaking in this
conspiracy, by issuing a capias which is vindictive prosecution
and abuse of writ and maliciouse abuse of process that
unlawfully threatens further prosecution and has me setting
at a higher custody level than I suppose to be at
because of false report of escape by a Danville Police
Officer in which I was never in his custody; back in 1991.

VI. I have been denied adequate medical assistance for almost
2 yrs. straight. F.C.C. Petersburg Medium staff has been repeating
a pattern of some of matters mentioned such as:
denying, ning adequate medical assistance, throwing me
in the S.H.U. (Special Housing Unit) for no reason, after I
had an accident coming down a steep incline from the
Dining Hall and blacking out in the rain from stress,
and pain of my situation, and retaliation for filing
administrative remedies. I was stripped of my medications,
neck brace, wheelchair, and freedom, and meals while
in the S.H.U.. I was never given a reason as to why.
I also was stripped of my property, legal material

9.)

law library and dignity because I was forced to lie in the same position without food or drink for 4 days because I was in so much pain and couldn't get 10 feet or 12 feet across the floor to my food without my chair (wheelchair). I was dropped in the floor while bound in chains on 5-23-08 by Dr. Rice and P.A. Hadded. An officer and another P.A. witnessed. When I fell Dr. Rice said "let him crawl back to the unit" when P.A. said Hadded said what do we do with him now. while they were taking blood I was there for blood work that day. My accident happened (falling out of the wheelchair) on 5-16-08 at breakfast time. I told Lt. Palmer and another officer about Dr. Rice's comments on 5-23-08 the same day. I told Lt. Hicks I wanted to file an incident report on Dr. Rice and P.A. Hadded dropping me in the floor and he told me he filed it on 5-27-08 and someone from S.S.I. will be to see me about it. (S.S.I. never came to investigate it.) Mind you my wheelchair was given back to me on 5-23-08 because of that incident I believe and so I could eat my food and get better. Mind you, my chair was stripped from me once again on May, 28th 2008 (but I did make it to the law library once while in pain to research this madness on a Sunday) after I asked to file an incident report, I had to sleep in the floor with a mattress to get my food and urinate in a cup and

clean up feces. Dr. Shah, Captain Evans, and Warden Stansberry said I was to perform an excruciating physical therapy on myself and couldn't leave S.H.U. until I was able to walk out of there with a walker. (Now Richmond City Jail let me use a walker about 4 or 5 months later to try to build myself up, in which I kept falling with it and injuring myself). It just seems as though my situation kept getting worse as time evolved because I wasn't getting physical therapy, M.R.I.'s and properly seen by a neurologist as requested by before the accident of May 16th, 2008; along with wheelchair stirrups and an inmate companion. I received wheelchair stirrups and blood pressure medicine after the 5-16-08 accident and me getting out the S.H.U. after contacting Senator Webb and filing a Tort claim about these matters (Tort was sent off 6-3rd-08) Senator Webb got my medical records and my blood medicine in September. (Medical Records came in August because F.C.C. Petersburg staff knew I was writing the Senator and opening my mail from him outside of my presence. I tried to tell Dr. Rice back on 3-21-08 that I was beat like Rodney King by the Richmond Police Dept. after a major accident on 12-8-06 and I would fall when he screamed on me and told me to get up and walk and then he shut the door in my face. I have never seen a doctor

act in such an unethical manner. This kind of attitude
is what led up to the chain of events mentioned
already with plenty of reprisals, humilation, and
apathy from staff. I told staff if I had an
inmate companion then the accident wouldn't
have happened on the 16th of May 2008.

I humbly ask the court to please bare with me
I did the best that I could due to the fact my
property and legal material are in different locations.
I thank you in advance for giving me this opportunity
to be heard. I'm in the process of filing a civil
investigative demand. Have a blessed day

Sincerely Yours,
Kirk L. Loney

12-5-08

12.)

stapled 1-11 sheets

**✳ Note:**

(A.) I couldn't get copies made to send the 3 copies, in fact I don't even have a copy for myself of these legal papers. Can you please make the necessary copies of them and make sure me and the defendants each receive one. The same goes for the informa pauperis form.

(B.) I got a lot of exhibits to send but couldn't afford it right now. Plus I'm waiting on exhibits as mentioned about confiscated (A.T.F. and Atty.) and other caught up in transfer (sent to my family) and some legal material was missing after I came out of S.H.U. (FCC. Petersburg)

(C.) Exhibits  Administrative Remedy Forms and Response:
BP-11 Response without its Form  Central has it.
BP-10 Form and Response
BP-9 Form and Response
BP8  Informal Resolution Form and answer.

Notice ✳→ (D.) 1) Make copies of Summons for each defendant or send me several copies to properly do their names and addresses on it if this two copy doesn't suffice or is incorrect.
2) Send me more summons so I can complete the other agencies involved.
3) Don't forget copies of my paperwork
                                        Thanks