2-18-09

THE HONORABLE
U.S. MAGISTRATE JUDGE
M. HANNAH LAUCK
U.S. District Courts
Eastern District of Virginia
701 East Broad St. Suite 3000
Richmond, Virginia 23219-3528

Kirk L. Loney #36668-183 A-North
F.C.C. Petersburg Medium
P.O. Box 90043
Petersburg, Virginia 23804


FILED
FEB 23 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Re: Personal Funds Withdrawal Form/Filing Fee;
Civil Action No. 3:08CV820

Dear Judge Lauck,

The <u>Request for Withdrawal of Inmate's Personal Funds</u> was given to Counselor Cuffee on 2-12-09 around 12:40 p.m.. I asked Counselor Cuffee why the money has not been withdrawn from my account on 12-16-09. Then I asked Unit Manager Ms. Taborn if she had received my money withdrawal form, and why is it still (the filing fee) posted on my account. Ms. Taborn pointed me in the direction of Ms. Rivera of the Financial Office, while I was at mainline (or lunch) on 12-17-09. Ms. Rivera told me, "it usually take about a week", and took down my name to check the status. I made all above aware of the fact that the issue is time sensitive. Have a blessed day.

Sincerely,
Kirk L. Loney

cc: