7-8-09 at 11:17 a.m.

The Honorable
M. Hannah Lauck
U.S. Magistrate Judge
U.S. District Court
Eastern District of Virginia
701 East Broad St. Suite 3000
Richmond, Va. 23219-3528

A-North
Kirk L. Loney #33668-183
F.C.C. Petersburg Med.
P.O. Box 1000
Petersburg, Va. 23804

Re: Civil Action No. 3:08cv820

Dear Judge Lauck,

This is a second notice that I did not receive the memorandum order until 7-8-09 approximately 3:00 p.m., in case the letter last night has not reached you, yet. This letter is sent via special mail. I'm requesting that the clock start ticking when I received the order with due fairness. Correctional Officer Delaney can attest to the fact that I am having problems with my mail, in whom I received the 7-8-09 issue; filed 7-1-09. Other officers are aware, as well. These mail issues are currently under inquiry. Thank you for your time and consideration, it has been greatly appreciated.

Sincerely
Kirk L. Loney
*(signature)*

*RECEIVED JUL 13 2009 CLERK, U.S. DISTRICT COURT RICHMOND, VA*