

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KIRK LEE LONEY,

    Plaintiff,

v.                                       Civil Action No. 3:08CV820

DOUGLAS L. WILDER, et al.,

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on December 30, 2008, the Court conditionally docketed Plaintiff's action. The Memorandum Order warned Plaintiff that he must immediately advise the Court of his new address in the event that is transferred or relocated. On July 19, 2010, the Court's July 6, 2010 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                                     /s/        REP
                                        Robert E. Payne
                                        Senior United States District Judge

Date: August 19, 2010
Richmond, Virginia