Date: 9-9-2010

United States Clerk of Court                          Kirk L. Loney #33608-183
United States District Court for                      F.C.C. Petersburg Medium
the Eastern District of Virginia                      P.O. Box 1000
Richmond Division                                     Petersburg, Va. 23804
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

FILE

SEP 13 ...

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

### RE: NOTICE OF APPEAL
#### Civil Action No. 3:08 CV820

NOW COMES the Plaintiff, Kirk L. Loney, and respectfully gives notice of his claim of appeal to the Court of Appeals for the Fourth Circuit from the dismissal order entered in the above-captioned case on August 20th, 2010.

Respectfully Submitted,
Kirk L. Loney
Kirk L. Loney
Pro se

cc: file

48

## C E R T I F I C A T E   O F   S E R V I C E

I certify that on _Sep. 9th 2010_, I mailed a copy of the fore-
going document(s)/motion(s), petition(s), brief(s), etc., and all
attachments via first class mail to the following parties at the
address(es) listed below:

_U.S. Clerk of Court_
_U.S. District Court for_
_the Eastern District of Virginia_
_Richmond Division_
_701 East Broad Street, Suite 3000_
_Richmond, Virginia 23219-3528_

In addition to the above proof of service and because I am currently
incarcerated, I furthermore make the following statement:
I certify that this document was placed in the inmate mailbox at
the Federal Correctional Institution (medium), Petersburg, Virginia,
on _9-9-10 at 9:28 p.m._. It should be noted that inmate mail
is not picked up Friday or Saturday evenings. I hereby certify under
penalty of perjury that the foregoing is true and correct, pursuant
to 28 U.S.C. §1746.

_Kirk L. Loney_
Printed name

_September 9th 2010_
Date

_Kirk L. Loney_
(Signature)

Kirk L. Loney #33668-183
A-North
F.C.C. Petersburg Medium
P.O. Box 1000
Petersburg, Va. 23804

U.S. MARSHAL

2321933528

U.S. Clerk of Court
U.S. District Court for
the Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528