Date: 9/7/2011

To: Kirk L Loney 33668 183 A North
Fcc Petersburg Medium, Po Box 1000
Petersburg, VA 23804

From: Correspondence Coordinator
V C U Health System M C V Hosp
Po Box 980679
Richmond, VA 23289

Re: Name, DOB, SSN Missing
Medical Records Request for Kirk Loney

Ref #:

Dear Kirk L Loney 33668 183 A North:

To protect the confidentiality of patients, federal law prohibits the release of protected information without proper authorization.
In order for a request for medical records to be processed properly, the patients name, date of birth and/or social security number must appear in the request/authorization for the patient to be identified. One or more of these details were not found in your request. For example you may submit Name, and DOB or Name, and SSN or include all three which would be the most helpful.

Sincerely,

Correspondence Coordinator
Healthport for HIM Department-804-828-4379

**HealthPort**
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-877-595-9900

*Redacted version
For Court Sent
out on Nov. 16, 2011*

| Date |
|---|
| 9/9/2011 |
| Request ID # |
| 0095582761 |

**Ship to:**

Kirk L Loney 33668 183 A Nor
Kirk L Loney 33668 183 A Nor
Fcc Petersburg Medium
Po Box 1000
Petersburg, VA 23804

**Requested By:** KIRK L LONEY 33668 183 A NOR
**Patient Name:** LONEY KIRK
**DOB:** 12161969
6225255

*correct: Date of Birth December ▓▓▓*
*Correct: Social Security No ▓▓▓*

**Records from:**

V C U HEALTH SYSTEM M C V HOSP
PO BOX 980679
403 NORTH/13 STREET ROOM 302
RICHMOND, VA 23289

*Please mark "Special Mail" on front of envelope, and name of person have to be specified as sender to give the mail its confidentiality. Thanks.*

---

HealthPort
P.O Box 1813
Alpharetta, GA 30023-1812
Attn: Marketing

HealthPort processes thousands of requests for health information at over 6,500 health care facilities nationwide. If you would like to learn more about HealthPort, or how our suite of services can benefit your facility, please visit our website at:
www.HealthPort.com or email us at: marketing@HealthPort.com

Your Name _Kirk Lee Loney_; Date of Birth Dec. ▓▓▓; S.S.N. ▓▓▓
Title _Inmate #33668-183_
Facility Name _F.C.C. Petersburg Medium_
Phone Number (▓▓▓▓▓▓▓) daughter's phone number (more verification of who I am.)
Address _Kirk L. Loney, F.C.C. Petersburg Medium, P.O. Box 1000_

City _Petersburg, Virginia_  State _VA._ Zip _23804_
# of Physicians _____  Specialty _____
# of Beds _____  # of Admits _____