FILED: October 1, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6568
(3:08-cv-00820-REP)
_____

KIRK LEE LONEY

       Plaintiff - Appellant

v.

MARK SIMS, Officer, Richmond Police Department, sued in both official and individual capacity; UNKNOWN # 1, Officers, Fed. State and City; GEORGE, Trooper, Virginia State Police, sued in individual capacity

       Defendants - Appellees

 and

M. A. HARRISON, Officer, Badge #1925, Richmond Police Department, sued in both official and individual capacity; C. L. MARTIN, Officer, Richmond Police Department, sued in both official and individual capacity; HERMAN LONEY, Captain, Richmond Police Department, sued in both official and individual capacity; HIXSON, Officer, Richmond Police Department, sued in both official and individual capacity; UNKNOWN #2, Officers, Richmond Police Department; UNKNOWN #3, Trooper George's Supervisor, Virginia State Police, sued in individual capacity; UNKNOWN #4, Police and Agents, Virginia State Police, sued in individual capacity; UNKNOWN #5, E.R. Staff, Hospital Staff and Sheriff Deputies, V.C.U. Health Care Systems, sued in both official and individual capacity; C. T. WOODY, Sheriff, Richmond City Jail, sued in both official and individual capacity; KERNELLE WILLIAM BURNETTE, Richmond City Jail, sued in both individual and official capacity; UNKNOWN #6, Captain of Medical,

Richmond City Jail, sued in both individual and official capacity; UNKNOWN #7, Captain of Jail House Operations, Richmond City Jail, sued in both individual and official capacity; UNKNOWN #8, Captain of Records Department, Richmond City Jail, sued in both individual and official capacity; UNKNOWN #9, All Medical Staff, Richmond City Jail, sued in both individual and official capacity; UNKNOWN #10, All Deputies Working A-2 left and Deputies who worked my hospital stay, Richmond City Jail, sued in both individual and official capacity; JEFFREY FRAZIER, Superintendent, Northern Neck Regional Jail, sued in individual capacity; SUDDUTH, Captain, Northern Neck Regional Jail, sued in individual capacity; UNKNOWN #11, Nursing Staff and Doctors, Northern Neck Regional Jail, sued in individual capacity; UNKNOWN #12, Correctional Officers, Northern Neck Regional Jail, sued in individual capacity; HICKEY, Captain, Northern Neck Regional Jail, sued in individual capacity; FREDERICK, Ms., Grievance Coordinator, Northern Neck Regional Jail, sued in individual capacity; UNKNOWN #13, Alcohol, Tobacco and Firearm Agents, sued in individual capacity; PATRICIA R. STANSBERRY, Warden, FCC Petersburg, sued in individual capacity; EVANS, Captain, FCC Petersburg, sued in individual capacity; TUSHAR C. SHAH, Dr., FCC Petersburg, sued in individual capacity; BENJAMIN RICE, Dr., FCC Petersburg, sued in individual capacity; ALEJANDRO HADDED, P.A., FCC Petersburg, sued in individual capacity; YERGA, P.A., FCC Petersburg, sued in individual capacity; PUGH, Dr., FCC Petersburg, sued in individual capacity; ENGEL, Associate Warden, FCC Petersburg, sued in individual capacity; CUFFEE, Counselor, FCC Petersburg, sued in individual capacity; BROWN, Case Manager, FCC Petersburg, sued in individual capacity; KIDDY, Unit Manager, FCC Petersburg, sued in individual capacity; NAGAL, Dr., FCC Petersburg, sued in individual capacity; DOUGLAS L. WILDER, Mayor, sued in both official and individual capacity; RODNEY MONROE, Ex-Richmond Police Chief, sued in both official and individual capacity; DREW, Captain, Richmond Police Department, sued in both official and individual capacity

        Defendants

---

## J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK